UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Kelly Robb v. Bayer HealthCare Pharmaceuticals Inc., et al.*    No. 11-cv-11892-DRH

*Elsa Sanchez, individually and as Successor-Interest to the Estate of Isla Sanchez, deceased and as personal representative of the Estate of Isla Sanchez, deceased v. Bayer HealthCare Pharmaceuticals Inc., et al.*    No. 11-cv-11687-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motion to Dismiss, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
          **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.04.07
14:57:01 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT